```
          UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF MISSISSIPPI
                 NORTHERN DIVISION
```

MARGO STAHL                                          PLAINTIFF

V.                           CIVIL ACTION NO.3:23CV339TSL-MTP

FREEDOM ROADS, LLC                                   DEFENDANT

<u>ORDER</u>

This cause comes before the court <u>sua sponte</u>, the parties having announced that they have reached a compromise and settlement of all pending claims in this matter. Accordingly, the court being desirous of removing this matter from its docket;

IT IS, THEREFORE, ORDERED that this action be, and it is hereby dismissed with prejudice as to all parties.

SO ORDERED this 12th day of September, 2023.

_/s/ Tom S. Lee_____
UNITED STATES DISTRICT JUDGE